IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DARREN IRVINE                                                                                              PLAINTIFF

V.                                                                         CIVIL ACTION NO. 3:23-CV-40-DPJ-FKB

MAJOR "UNKNOWN" McCARTHY, et al.                                              DEFENDANTS

<u>ORDER OF REFERRAL</u>

Upon consideration of the Complaint filed in the above-entitled action, the Court makes the following findings and conclusions.   It is hereby,

ORDERED:

That as provided in 28 U.S.C. § 636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure, this Court may designate and assign a magistrate judge to hear a prisoner petition challenging the conditions of confinement.   The Court hereby refers this cause to **United States Magistrate Judge F. Keith Ball** for all further proceedings provided for by 28 U.S.C. § 636 and Rule 72 of the Federal Rules of Civil Procedure to include conducting hearings and submitting to the district judge assigned to this cause proposed findings of fact and recommendations for the disposition of this cause.

Failure to advise the Court of a change of address or failure to comply with any order of the Court will be deemed as a purposeful delay and contumacious act by Plaintiff and may result in the dismissal of this case.

**SO ORDERED AND ADJUDGED** this the 5th day of April, 2023.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE